UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.R. AUTOMATION TECHNOLOGIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>VINCE LOWELL and BEN GARVELINK<br><br>Defendants. | Civ. Act. No. 25-cv-03419 (LJL)<br><br>Plaintiff is ordered to respond to Defendants' motion to reassign and consolidate by September 18, 2025.<br>Date: September 11, 2025<br><br>SO ORDERED.<br><br>LEWIS J. LIMAN<br>United States District Judge |

## Defendants' Motion to
## Reassign and Consolidate this Case with Case No. 1:25-cv-3417

Defendants move to reassign and consolidate this case with Case No. 1:25-cv-3417. This motion is brought under Local Rule 13 of the *Rules of the Division of Business Among District Judges* and Fed. R. Civ. P. 42. This motion is supported by an accompanying brief.

Defendants sought concurrence in this motion from Plaintiff via emails dated August 25, 2025, September 2, 2025, and September 9, 2025. Concurrence was not granted.

2

          MILLER JOHNSON
          Attorneys for Defendants

Dated:  September 10, 2025    By   */s/ D. Andrew Portinga*
                              D. Andrew Portinga (P55804)
                              Amanda Rauh-Bieri
                      Business Address:
                              45 Ottawa Avenue SW, Suite 1100
                              PO Box 306
                              Grand Rapids, Michigan 49501-0306
                    Telephone: (616) 831-1700
                              portingaa@millerjohnson.com
                              rauhbieria@millerjohnson.com

MJ_ND 4896-7322-5575v2