**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| J.R. AUTOMATION TECHNOLOGIES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>VINCE LOWELL and BEN GARVELINK<br><br>           Defendants. | **Civ. Act. No. 25-cv-03419 (LJL)**<br><br>This motion has already been resolved.<br><br>The Clerk of Court is directed to terminate the motion at Dkt. 32.<br><br>SO ORDERED.<br><br>*[signature]*<br><br>Arun Subramanian, U.S.D.J.<br>Date: October 17, 2025 |

## Defendants' Motion to
## Reassign and Consolidate this Case with Case No. 1:25-cv-3417

Defendants move to reassign and consolidate this case with Case No. 1:25-cv-3417. This motion is brought under Local Rule 13 of the *Rules of the Division of Business Among District Judges* and Fed. R. Civ. P. 42. This motion is supported by an accompanying brief.

Defendants sought concurrence in this motion from Plaintiff via emails dated August 25, 2025, September 2, 2025, and September 9, 2025. Concurrence was not granted.

MILLER JOHNSON
Attorneys for Defendants

Dated: September 10, 2025        By    */s/ D. Andrew Portinga*
                                                 D. Andrew Portinga (P55804)
                                                 Amanda Rauh-Bieri
Business Address:
                                                 45 Ottawa Avenue SW, Suite 1100
                                                 PO Box 306
                                                 Grand Rapids, Michigan 49501-0306
Telephone: (616) 831-1700
                                                 portingaa@millerjohnson.com
                                                 rauhbieria@millerjohnson.com

MJ_ND 4896-7322-5575v2