# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.R. AUTOMATION TECHNOLOGIES,
LLC, a Michigan limited liability company

Plaintiff,

v.

VINCE LOWELL; and BEN GARVELINK,

Defendants.

Civ. Act. No. 1:25-cv-03419
Honorable Arun Subramanian

## EXHIBIT A - CHART IDENTIFYING ALLEGATIONS IN COMPLAINT

Pursuant to Rule 8(G)(i) of Judge Subramanian's Individual Practices in Civil Cases, Plaintiff, J.R. Automation Technologies, LLC ("JRA"), hereby provides the following chart identifying the paragraphs of the operative Complaint that plausibly allege the elements of JRA's breach of contract claim.

| Element of Claim | Paragraph in Operative Complaint |
|---|---|
| Contractual obligation | ECF No. 47, ¶¶ 1, 6, 25, 26, 27, 28, 33, 34, 58 |
| Defendants' breaches | ECF No. 47, ¶¶ 7, 8, 17, 29, 30, 48, 49, 50, 51, 52, 59 |
| Damages | ECF No. 47, ¶¶ 9, 53, 60 |

Respectfully submitted,

VARNUM LLP
Attorneys for Plaintiff


Date: December 19, 2025                By: /s/ *Ronald G. DeWaard*
                                               Ronald G. DeWaard (MI P44117, admitted *pro hac vice*)
                                               Timothy P. Monsma (MI P72245, admitted *pro hac vice*)
                                               Hannah A. Cone (MI P87285, admitted *pro hac vice*)
                                      Address, Telephone, and Email:
                                               P.O. Box 352
                                               Grand Rapids, MI 49501-0352
                                               (616) 336-6000
                                               rgdewaard@varnumlaw.com
                                               tpmonsma@varnumlaw.com
                                               hacone@varnumlaw.com


                                       and

                                       RIKER DANZIG LLP

                                       Tod S. Chasin, Esq. (TC-0122)
                                       489 Fifth Avenue, 33rd Floor
                                       New York, NY 10017-6111
                                       (212) 302-6574
                                       tchasin@riker.com

28391143.1

2