**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

J.R. AUTOMATION TECHNOLOGIES, LLC,

Plaintiff,

-against-

CARLOS CRUZ, ERIC BERT, AND DAVID MACPHAIL,

Defendants.

---------------------------------------------------------------X

25 **CIVIL** 3417 (AS)
Consolidated with:
25-cv-3418
25-cv-3419
25-cv-4945
25-cv-4946

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 6, 2026, defendants' motions to dismiss JRA's complaints are GRANTED.

**Dated:** New York, New York

August 12, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**